AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 2 5 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

United States of America )
v. )
) Case No: 4:95CR70120-001
Alonza Lee Falden )
) USM No: 00844-084
Date of Previous Judgment: October 17, 1996 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __160__ months **is reduced to** __145*__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __23__ Amended Offense Level: __21__
Criminal History Category: __VI__ Criminal History Category: __VI__
Previous Guideline Range: __92__ to __115__ months Amended Guideline Range: __77__ to __96__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

\* Defendant's total term of imprisonment of 145 months consists of 85 months as to counts 1, 2, 3, 5, 6, 7, 8, 9, 10 and 12, all to be served concurrently; and 60 months as to count 11, to be served consecutively to all other counts.

Except as provided above, all provisions of the judgment dated __Oct. 17, 1996__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 3-25-08

Judge's signature

Effective Date: ~~March 3, 2008~~ 4-7-08
(if different from order date)

Senior United States District Judge Jackson L. Kiser
Printed name and title